MARYLAND CASUALTY CO., Appellant, v. CONSOLIDATED SCHOOL DISTRICT NO. 10 OF PEMISCOT COUNTY, MISSOURI, et al.

No. 10057.

Circuit Court of Appeals, Eighth Circuit.

July 21, 1934.

William H. Allen, W. Edwin Moser, John S. Marsalek, and Julian C. Jaeckel, all of St. Louis, Mo., for appellant.

Seneca C. Taylor and Hezekiah Sanders, both of St. Louis, Mo., and Ward & Reeves, of Caruthersville, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellant, on motion of appellant and certificate of clerk of United States District Court under Rule 16.